**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-00154-SDJ-AGD |
| LUIS E. LEBRON, DURWAN D. GREEN, TRA'MONICA GREEN, DWAYNE AYER a/k/a DWAYNE AYLER, and THERESA EVANS | § § § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 30, 2026, the Report of the Magistrate Judge, (Dkt. #27), was entered containing proposed findings of fact and recommendation that Plaintiff NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Partial Default Judgment against Defendants Durwan D. Green, Tra'Monica Green, Dwayne Ayer a/k/a Dwayne Ayler, and Theresa Evans (Dkt. #22) be granted and that default judgment should issue as follows:

a. (1) There is a deed of trust encumbering the Property; (2) the loan is in default; (3) the amount of indebtedness is due and unpaid; (4) the property subject to the deed of trust lien is the same property that foreclosure is sought; and (5) the requisite notices of default and acceleration were sent as required by the Deed of Trust and the Texas Property Code;

b. Plaintiff, its successors and assigns, may enforce the lien through non-judicial foreclosure of the Property pursuant to the terms of the Deed of Trust and Texas Property Code § 51.002 by conducting a public auction of the Property in conjunction with all regularly scheduled non-judicial foreclosure sales on the first Tuesday of the month; and

c. Plaintiff may recover court costs and attorney's fees in an amount to be determined upon subsequent motion pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i), which will be added as a charge to the total debt and collected at the time of foreclosure. Such motion must be filed within 14 days of the adoption of the Report and Recommendation.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Partial Default Judgment against Defendants Durwan D. Green, Tra'Monica Green, Dwayne Ayer a/k/a Dwayne Ayler, and Theresa Evans (Dkt. #22) is **GRANTED** and that default judgment issues as follows:

a. (1) There is a deed of trust encumbering the Property; (2) the loan is in default; (3) the amount of indebtedness is due and unpaid; (4) the property subject to the deed of trust lien is the same property that foreclosure is sought; and (5) the requisite notices of default and

2

acceleration were sent as required by the Deed of Trust and the Texas Property Code;

b.  Plaintiff, its successors and assigns, may enforce the lien through non-judicial foreclosure of the Property pursuant to the terms of the Deed of Trust and Texas Property Code § 51.002 by conducting a public auction of the Property in conjunction with all regularly scheduled non-judicial foreclosure sales on the first Tuesday of the month; and

c.  Plaintiff may recover court costs and attorney's fees in an amount to be determined upon subsequent motion pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i), which will be added as a charge to the total debt and collected at the time of foreclosure. Plaintiff must file such motion within 14 days of the entry of this Memorandum Adopting Report and Recommendation of United States Magistrate Judge.

**So ORDERED and SIGNED this 15th day of May, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

3